**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **Taylored Transload, LLC**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/31/2023 | $375,747.96 | 1/31/2023 | WeekEnd:1/25/2023 | 1/25/2023 | $312,354.74 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:1/31/2023 | $375,747.96 | 1/31/2023 | WeekEnd:1/18/2023 | 1/18/2023 | $63,393.22 |

Totals:    1 transfer(s),    $375,747.96